```
HEATHER E. WILLIAMS, Bar #122664
Federal Defender
MEGAN T. HOPKINS, Bar #294141
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
AARON J. PALFINI
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>       *Plaintiff*, <br><br> vs. <br><br> AARON J. PALFINI, <br><br>       *Defendant*. | CASE No. 1:15-MJ-00186 SAB <br><br> **STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER** <br><br> Date:   April 7, 2016 <br> Time:   10:00 a.m. <br> Judge: Hon. Stanley A. Boone |

**IT IS HEREBY STIPULATED** by the parties hereto, through their respective counsel, that the status conference in the above-captioned matter now set for March 3, 2016, be continued to **April 7, 2016 at 10:00 a.m.**

Defense counsel will be out of the office on March 3, 2016 and is therefore requesting this continuance. Defense counsel will be travelling out of district from March 3, 2016 through March 5, 2016 and again on March 11, 2016 through March 21, 2016. The parties agree that the additional time prior to the next status conference will allow them to engage in further plea negotiations and investigation necessary to resolve this case.

The requested continuance is with the intention of conserving time and resources for both parties and the court. The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation, defense investigation, and plea negotiation

1 | purposes pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

Dated:  February 24, 2016        /s/ Katherine Plante
                                 KATHERINE PLANTE
                                 Assistant United States Attorney
                                 Attorney for Plaintiff


HEA THER E. WILLIAMS
Federal Defender

Dated:  February 24, 2016        /s/ Megan T. Hopkins
                                 MEGAN T. HOPKINS
                                 Assistant Federal Defender
                                 Attorney for Defendant
                                 AARON J. PALFINI


**O R D E R**

IT IS SO ORDERED.

Dated:  **February 25, 2016**

UNITED STATES MAGISTRATE JUDGE