```
BENJAMIN B. WAGNER
United States Attorney
KATHERINE A. PLANTE
Special Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
```

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>AARON J. PALFINI,<br><br>    Defendant. | CASE NO. 1:15-MJ-00186-SAB<br><br>MOTION AND ORDER FOR DISMISSAL |

The United States of America, by and through Benjamin B. Wagner, United States Attorney, and Katherine A. Plante, Special Assistant United States Attorney, hereby moves to dismiss the complaint filed in this matter on December 3, 2015, without prejudice in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: March 31, 2016                Respectfully submitted,

                                     BENJAMIN B. WAGNER
                                     United States Attorney

                                By:   /s/ Katherine A. Plante
                                     KATHERINE A. PLANTE
                                     Special Assistant U.S. Attorney

1

## O R D E R

IT IS HEREBY ORDERED that the complaint filed in this matter on December 3, 2015 be dismissed, without prejudice, in the interest of justice, and that the status conference scheduled for April 7, 2016 be vacated.

IT IS SO ORDERED.

Dated: __March 31, 2016__

UNITED STATES MAGISTRATE JUDGE